[No. 52744-4-I. Division One. February 14, 2005.]

*In the Matter of the Personal Restraint of* JOSEPH P. YOUNG, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 52950-1-I. Division One. February 14, 2005.]

DAVID MARTIN, ET AL., *Appellants*, v. THE CITY OF SEATTLE, ET AL., *Respondents.*

Appeal from judgments of the Superior Court for King County, No. 02-2-00439-3, Robert H. Alsdorf, J., entered June 26, August 5, and August 11, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Cox, C.J., and Appelwick, J.

[No. 53209-0-I. Division One. February 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. THAC TU NGO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-06824-0, Cheryl B. Carey, J., entered September 22, 2003. *Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington, A.C.J., and Grosse, J.

[No. 53457-2-I. Division One. February 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT WAYNE SAUBER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-05868-4, Robert H. Alsdorf, J., entered September 23, 2003. *Reversed* by unpublished per curiam opinion.